DISTRICT JUDGE JAMES L. ROBART
MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAPINDER SIDHU,<br><br>  Petitioner,<br><br>v.<br><br>D.K. WHITE, WARDEN,<br><br>  Respondent. | No. CV19-736-JLR-MLP<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF PENNSYLVANIA |

THIS COURT has considered the stipulated motion to transfer this action to the Middle District of Pennsylvania along with all the records in this case. The Court finds that the petition could have been brought in the Middle District of Pennsylvania and that the interests of justice are served by transferring it there.

IT IS THEREFORE ORDERED that Mr. Sidhu's pro se petition under 28 U.S.C. 2241 be transferred to the Middle District of Pennsylvania.

DATED this 4th day of June 2019.

JAMES L. ROBART
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender

ORDER TO TRANSFER
(*Rapinder Sidhu*, CV19-736-JLR-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100